UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULTIPET INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> - against - <br><br> GREAT CHINA INTERNATIONAL, PETS FIRST INC., PETLOU, INC. and COASTAL PET PRODUCTS INC., <br> Defendants. | Case No. 10 cv 9115 <br> Judge Kimba M. Wood <br><br> **FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT** |

This matter having coming before the Court on notice that Plaintiff Multipet International, Inc. ("Multipet") and Defendant Coastal Pet Products Inc. ("Coastal") have settled the claims between them, and on their request for entry of an Order dismissing this case, the Court hereby states and ORDERS as follows:

1. Multipet and Coastal have represented to the Court that they have settled the claims between them raised in this lawsuit.

2. Multipet and Coastal agree to the entry of this Final Judgment and Permanent Injunction On Consent.

3. There has been no adjudication on the merits of the claims or defenses asserted by either Multipet or Coastal.

4. Coastal is permanently enjoined from making the product identified in Exhibit J to Multipet's Complaint, namely the Harley-Davidson Tube Toy (Dog), Item Number H8400P19.

5. Coastal is permanently enjoined from infringing Multipet's rights under 17 U.S.C. § 106 for the works identified in Exhibit A and B to Multipet's Complaint, namely

Copyright Registration Nos. VAu747-423 and VAu740-903.

6. Coastal must make payment in the amount of five thousand dollars to the Morris Animal Foundation, 10200 E. Girard Ave., Suite B430, Denver, CO 80231, within five business days of the entry of this Order.

7. Each party is to be responsible for its own costs and attorneys' fees in connection with this action.

8. Except as set forth above, Multipet's action as against Coastal is dismissed with prejudice.

9. Pursuant to Fed. R. Civ. P. 54(b) the Court directs entry of final judgment against Coastal Pet Products Inc., as the Court has determined that there is no just reason for delay.

| For Plaintiffs | For Defendants |
|---|---|
| MULTIPET INTERNATIONAL, INC., | COASTAL PET PRODUCTS INC. |
| WHITE AND WILLIAMS LLP | GOTTLIEB, RACKMAN & REISMAN P.C. |
| _____ | _____ |
| Randy M. Friedberg | George Gottlieb |
| Dated: June __, 2011<br>New York, New York | Dated: June 27, 2011<br>New York, New York |

Dated: June 28, 2011

_____
United States District Judge